AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL SCOTT LOCKWOOD<br>DOB: XXXXXX<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:22-mj-00220
Assigned To : Harvey, G. Michael
Assign. Date : 10/13/2022
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) - | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 111(a)(1) - | Assaulting, Resisting, or Impeding Certain Officers, |
| 18 U.S.C. § 1752(a)(1) - | Entering or Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Theresa A. Calko, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____10/14/2022_____

_____
*Judge's signature*

City and state: _____Washington, D.C._____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*